# United States District Court

WESTERN DISTRICT OF WASHINGTON

SW TRADERS, LLC

JUDGMENT IN A CIVIL CASE

v.

UNITED SPECIALTY INSURANCE COMPANY, et al.

CASE NUMBER: C09-778MJP

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendants' motion for summary judgment is GRANTED and Plaintiff's claims are DISMISSED with prejudice.

December 29, 2009                  BRUCE RIFKIN
                                                                         Clerk

                                                           _/s/ Mary Duett_____
                                                           By, Deputy Clerk